UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL NO. |
| v. | : | |
| | : | |
| DILLON COLBY HERRINGTON, | : | |
| | : | VIOLATIONS: 18 U.S.C. § 111(a) |
| Defendant. | : | (Assaulting, Resisting, or Impeding |
| | : | Certain Officers) |

# INFORMATION

The United States Attorney charges that:

## COUNT ONE

On or about January 6, 2021, within the District of Columbia, **DILLON COLBY HERRINGTON** did forcibly assault, resist, oppose, impede, intimidate, and interfere with, an officer and employee of the United States, and of any branch of the United States Government (including any member of the uniformed services), and any person assisting such an officer and employee, that is, an officer from the Metropolitan Police Department, while such officer or employee was engaged in or on account of the performance of official duties, and where the acts in violation of this section involve physical contact with the victim and the intent to commit another felony.

(**Assaulting, Resisting, or Impeding Certain Officers**, in violation of Title 18, United States Code, Sections 111(a)(1))

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By: */s/ David J. Perri*
    DAVID PERRI
    WV Bar No. 9219
    Assistant United States Attorney - Detailee
    U.S. Attorney's Office for the District of Columbia
    601 D Street, N.W.
    Washington, D.C. 20530
    Phone: (304) 234-0100
    Email: David.perri@usdoj.gov