UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| | : | |
| v. | : | Criminal No. 1:23-cr-199   (BAH) |
| | : | |
| DILLON COLBY HERRINGTON, | : | Honorable Chief Judge Beryl A. Howell |
| | : | |
| Defendant. | : | |
| | : | |
| | : | |
| | : | |
| | : | |

**UNITED STATES' REPORT AND POSITION REGARDING PUBLIC
RELEASE OF VIDEO EVIDENCE RE**

Per the Court's June 20, 2023 minute order, the United States will make the following video and photo evidence available to the Court electronically:

| # | File Name | Source | Length and Relevant Portion If Applicable | Location Depicted |
|---|---|---|---|---|
| 1 | 134730612_10224766677816490_738857806570745755_n.jpg https://www.facebook.com/photo.php?fbid=10224766677776489&set=pb.1298914125.-2207520000.&type=3 | Open Source – Facebook | N/A – photo (ref. pgh. 8) | Rally grounds Rally grounds Wash., DC street |
| 2 | iJ6fMqM53ZNc https://web.archive.org/web/submit?url=https://video.parler.com/iJ/ | Open Source – Parler | N/A – photo (ref. pgh. 8) | West Plaza West Plaza |

| | | | | |
|---|---|---|---|---|
| | 6f/iJ6fMqM53ZNc.mp4 | | | West Plaza |
| 3 | video_102227156611939 14  https://www.facebook.com/tina.deboer.52/videos/10222715661193914 | Open Source – Facebook | @ 0:10 of 0:18 seconds  (ref. pgh. 8) | West Plaza  West Plaza |
| 4 | X6039BFMU | Markus M. - 107C.mp4  https://archive.org/details/jgY7GqxfJJFPGtd7j | Officer BWC footage | @ 4:25 of 35:01  (ref. pgh. 9(a)) | West Plaza |
| 5 | X6039BFMU | Markus M. - 07C.mp4  https://archive.org/details/jgY7GqxfJJFPGtd7j | Officer BWC footage | @ 8:21 of 35:01  (ref. pgh. 9(a)) | West Plaza  West Plaza |
| 6 | X6039BFSE | David M. - 232.mp4  https://archive.org/details/owrhgGHHqDqH4zefH | Officer BWC footage | @ 24:01 of 1:14:40  (ref. pgh. 9---) | West Plaza  West Plaza |
| 7 | Reuters | Reuters Connect | 95.jpg  https://i.dailymail.co.uk/1s/2021/01/27/21/38553796-9193957-The_Capitol_Police_Union_released_a_scathin | Open Source – Reuters | N/A – photo  (ref. pgh. 9---) | West Plaza |

2

| | | | |
|---|---|---|---|
| | g_statement_voicing_t-a-59_1611782599995.jpg | | |
| 8 | X6039BKEB \| Markus M. - 108A.mp4<br><br>https://archive.org/details/b7gDiYGcrSEyEsC5d | Officer BWC footage | @ 25:22 of 2:08:17<br><br>(ref. pgh. 9---) |
| 9 | Thomas Robertson (X6039BEWQ) \| Thomas Robertson - 200.mp4<br><br>https://archive.org/details/DZ7CnoNLN7cLMXPJr | Open Source | @ 24:43 of 48:34<br><br>(ref. pgh. 9(a)) |
| 10 | Vimeo \| JohnHarrington \| 2257774569.mp4<br><br>https://archive.org/download/bzyCgSRXW96CL8jBe/2257774569.mpeg4 | Open Source | @ 2:21 of 3:29<br><br>(ref. pgh. 9(c)) |
| 11 | YouTube \| hyperbole (UCgRRckln699M6hvks9IwbwQ)<br><br>https://www.youtube.com/watch?v=9mt8YGpJ5vs&t=557 | Open Source | @ 8:56 of 20:19<br><br>(ref. pgh. 9(d)) |

| | | | | |
|---|---|---|---|---|
| 12 | YouTube \| hyperbole (UCgRRckln699M6hvks9IwbwQ) https://www.youtube.com/watch?v=9mt8YGpJ5vs&t=566 | Open Source | @ 9:26 of 20:19 (ref. pgh. 9(d)) | |
| 13 | YouTube \| Raven Geary (UC6xxqUynCGZGsywyMBUOHtg) https://www.youtube.com/watch?v=AQAY5hUNhWs&t=1187 | Open Source | @ 19:47 of 34:03 (ref. pgh. 9(d, f)) | |
| 14 | Thomas Robertson (X6039BEWQ) \| Thomas Robertson - 200.mp4 https://archive.org/details/DZ7CnoNLN7cLMXPJr | Open Source | @ 28:10 of 48:34 (ref. pgh. 9(e, f)) | |
| 15 | YouTube \| Raven Geary (UC6xxqUynCGZGsywyMBUOHtg) https://www.youtube.com/watch?v=AQAY5hUNhWs&t=1231 | Open Source | @ 20:31 of 34:03 (ref. pgh. 9(e, f)) @ 25:20 of 34:03 (ref. pgh. 9---) | West Plaza |
| 16 | YouTube \| hyperbole (UCgRRckln699M6hvks9IwbwQ) https://www.youtube.c | Open Source | @ 10:10 of 34:03 (ref. pgh. 9(e) @ 28:39 of 34:03 | West Plaza |

| | | | | |
|---|---|---|---|---|
| | om/watch?v=9mt8YGpJ5vs&t=610 | | (ref. pgh. 9(f)) | |
| 17 | Thomas Robertson (X6039BEWQ) - \| Thomas Robertson - 200.mp4  https://archive.org/details/DZ7CnoNLN7cLMXPJr | Open Source | @ 28:35 of 48:34  (ref. pgh. 9(f)) | West Plaza |
| 18 | YouTube \| hyperbole (UCgRRckln699M6hvks9IwbwQ)  https://www.youtube.com/watch?v=9mt8YGpJ5vs&t=636 | Open Source | @ 10:36 of 20:19  (ref. pgh. 9(f)) | West Plaza |
| 19 | YouTube \| Raven Geary (UC6xxqUynCGZGsywyMBUOHtg)  https://www.youtube.com/watch?v=AQAY5hUNhWs&t=1256 | Open Source | @ 20:56 of 34:03  (ref. pgh. 9(f)) | West Plaza |
| 20 | 100 Days in Appalachia (Chris Jones) \| Stop-The-Steal-January-6th-2020-21.jpg  https://thegroundtruthproject.org/the- | Open Source | N/A – photo  (ref. pgh. 9(f)) | West Plaza |

5

| | | | | |
|---|---|---|---|---|
| | capitol-riots-through-the-lens-of-a-photojournalist/ | | | |
| 21 | YouTube \| Southcoast Reality TV (UCFtStM5x27APovTtb25G0Tw  https://archive.org/details/wkZmQmTKT8rFwqc2t | Open Source | @ 57:24 of 1:17:25  (ref. pgh. 9(g)) | West Plaza |
| 22 | YouTube \| Raven Geary (UC6xxqUynCGZGsywyMBUOHtg)  https://www.youtube.com/watch?v=AQAY5hUNhWs&t=1271 | Open Source | @ 21:11 of 34:03  (ref. pgh. 9(g)) | West Plaza |
| 23 | YouTube \| Southcoast Reality TV (UCFtStM5x27APovTtb25G0Tw)  https://archive.org/details/wkZmQmTKT8rFwqc2t | Open Source | @ 57:32  (ref. pgh. 9(g)) | West Plaza |
| 24 | Parler \| zT8j36zQNFGb.mp4  https://web.archive.org/web/submit?url=https://video.parler.com/zT | Open Source | @ 0:30  (ref. pgh. 9(h)) | Steps to Upper West Terrace |

6

|    |                          |                          |                      |                      |
|----|--------------------------|--------------------------|----------------------|----------------------|
|    | /8j/zT8j36zQNFGb.mp4     |                          |                      |                      |
| 25 | Will Allen-DuPraw \| fall-1816.jpg<br><br>(no link available) | Open Source | N/A - photo<br><br>(ref. pgh. 9(h)) | Ballustrade above Lower West Terrace Tunnel |
| 26 | times-herald.com \| Wanda Carroll \| DSC_0373.jfif<br><br>https://times-herald.com/news/2021/01/local-photographer-captures-wednesdays-march-tocapitol | Open Source | N/A - photo<br><br>(ref. pgh. 9(h)) | Ballustrade above Lower West Terrace Tunnel |
| 27 | 20210106_-_STOP_-_1ST_STREET_SE.mp4<br><br>(no link available) | Officer BWC footage | @ 4:57 | Upper West Terrace |

The Undersigned Counsel for the United States has consulted with Defense Counsel regarding the public release of the videos and photos on this list.  The parties have no objection to these items of digital evidence being made publicly available.

        Respectfully submitted,

        MATTHEW M. GRAVES
        United States Attorney
        D.C. Bar No. 481052

By:  */s/ David J. Perri*
     David J. Perri
       WV Bar Number: 9219
     Assistant United States Attorney Detailee
     United States Attorney's Office
     Northern District of West Virginia
     1125 Chapline St., Suite 3000
     Wheeling, WV 26003
     David.Perri@usdoj.gov
     (304) 234-0100