Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Criminal Case No.: 23CR199-01 (BAH) |
| ) | |
| DILLON COLBY HERRINGTON ) | |

## WAIVER OF INDICTMENT

I, _____Dillon Colby Herrington_____, the above-named defendant, who is accused of

Assaulting, Resisting, or Impeding Certain Officers, in violation of Title 18, United States Code, Sections 111(a)(1).

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ____June 22, 2023____ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before: ____Beryl A. Howell____   Date: ____June 22, 2023____

Beryl A. Howell
United States District Judge