NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs.                                                                 Criminal Number  1:23-CR-199

DILLION COLBY HERRINGTON
     (Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA            ☒ RETAINED            ☐ FEDERAL PUBLIC DEFENDER

*(Signature)*

PLEASE PRINT THE FOLLOWING INFORMATION:

**HEATH M. LYNCH (P81483)**
*(Attorney & Bar ID Number)*
SBBL LAW, PLLC
*(Firm Name)*
60 Monroe Center St. NW, Suite 500
*(Street Address)*
Grand Rapids, MI 49503
*(City)        (State)        (Zip)*
616-458-5500
*(Telephone Number)*